No. 63674.—Brown Boveri Corp. and Gehrig, Hoban & Co., Inc. v. United States, protest 58/11189 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of voltage regulators similar in all material respects to those the subject of *Brown Boveri Corp. et al.* v. *United States* (40 Cust. Ct. 168, C.D. 1978), the claim of the plaintiffs was sustained.

No. 63675.—Brown Boveri Corp. and Gehrig, Hoban & Co., Inc. v. United States, protests 58/17476, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of voltage regulators and parts thereof similar in all material respects to those the subject of *Brown Boveri Corp. et al.* v. *United States* (40 Cust. Ct. 168, C.D. 1978), the claim of the plaintiffs was sustained.